UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | Civil Action No. 17-cv-182 |
| Plaintiff, | PLAINTIFF'S CORPORATE DISCLOSURE |
| v. | |
| DOES 1-18, | |
| Defendants. | |

Plaintiff answers Federal Rules of Civil Procedure 7.1 and LCR 7.1 questions as follows:

**(1)    Does the Plaintiff have a parent corporation or any publicly held corporation owning more than 10% of its stock?**

Yes: A&T IP, Inc.

**(2)    Any member or owner in a joint venture or limited liability corporation (LLC)?**

No.

**(3)    Any partners in a partnership or limited liability partnership (LLP)**

No

**(4)    Any corporate member, if the party is any other unincorporated association, or stating that there is no such corporate member**

No

RESPECTFULLY SUBMITTED this 7th day of February, 2017.

s/David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300

Attorneys for Plaintiff

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301