UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ME2 PRODUCTIONS, INC.,

    Plaintiff,

    v.

DYLAN BOGERT, *et al.*,

    Defendants.

Case No. C17-0182RSL

ORDER PERMITTING SERVICE BY MAIL

This matter comes before the Court on plaintiff's "Motion to Permit Alternative Mail Service or for Additional Time to Attempt Process Service." Dkt. # 36. Federal Rule of Procedure 4(e)(1) allows plaintiff to effect service "pursuant to the law of the state in which the district is located." Washington law authorizes service by mail upon a showing that (a) defendant has made reasonably diligent efforts at personal service (Rodriguez v. James-Jackson, 127 Wn. App. 139, 140 (2005)), and (b) defendant resides in the state but has concealed herself in order to avoid service of process (RCW 4.28.100(4)).

Plaintiff has made multiple unsuccessful attempts to personally serve defendants Barbara Whalen and Claudia Fodor. On at least one attempt for each defendant, there is evidence from which one could reasonably conclude that the residence was occupied but that the residents refused to answer the door. A review of public records shows that the named defendants reside at, or are associated with, the addresses identified by the ISP and used by the process server. All of the prerequisites for allowing service by mail are therefore satisfied, and there is reason to believe that service by mail will effectively

ORDER PERMITTING SERVICE BY MAIL - 1

1 | notify defendants of the claims against them.

3 | Plaintiff's motion is GRANTED. Plaintiff may, therefore, accomplish service by depositing copies of the summons, complaint, and this Order in the United States Post Office directed to defendants Whalen and Fodor at their respective addresses.

Dated this 9th day of June, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER PERMITTING SERVICE BY MAIL - 2