United States District Court
Western District of Seattle

Defendant
Joshua Kinne

Civil Action No.
17-CV-182-RSL

FILED
LODGED
RECEIVED
JUN 19 2017
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

MOTION TO DISMISS or in the alternate MOTION FOR SUMMARY JUDGEMENT

Defendant Submits a motion to dismiss based on the following

1. An IP address is not a reliable or legitimate form of identification of a person. The IP address assigned by Comcast was associated to the main router at the defendants residence which was connected to a wireless router. There has not been any proof presented to say Josh Kinne was the actual infringer. Yet the Plaintiff proceeds to action against an individual without sufficient evidence.
2. Josh Kinne is a hard working Warrant Officer in the United States Army, and a Father of 4. He contacted the Plaintiffs legal staff after receiving a letter in February 2017 asking for voluntary cooperation. Josh explained that he reviewed the computers in his home, talked to his wife, two teenage children, and regular guests. In josh's conversation with the Lowe, Graham, Jones law firm. He stated he did due diligence to find an infringer and intent. Also did due diligence with complying with the Plaintiffs relief.
3. The Plaintiff is without a verified infringer and without intent.
4. Josh is currently scheduled a permanent change of duty locations to Ft. Carson CO, with an expected report date of 17 July 2017. The continuance of this case with no evidence against josh would create a hardship on his future service in the armed forces.

Based on the above information, we ask the courts to move to dismiss this action against Josh Kinne.

Joshua T. Kinne
15 JUN 2017

## CERTIFICATE OF SERVICE

I hereby certify that on 15 June 2017, I served a copy of the foregoing document, via US Mail, on:

> David A. Lowe
> Lowe Graham Jones
> 701 Fifth Avenue, Suite 4800
> Seattle, WA 98104

Dated: 15 June 2017                              Respectfully submitted,

{Joshua T. Kinne}
1133 Wallingford Ct Ne
Lacey, WA 98516
360-875-1615
iosua05@yahoo.com

Joshua Kinne
1433 wellingford ct NE
PACEY WA 78516

U.S. District Court
Clerks Office
1717 Pacific Avenue, Room 3100
TACOMA WA 98402-3200

98402-320099

TACOMA WA 985
OLYMPIA WA
15 JUN 2017 PM 3 L

FILED  RECEIVED  LODGED
JUN 19 2017
BY
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY