UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ME2 PRODUCTIONS, INC.,

    Plaintiff,

  v.

DYLAN BOGERT, *et al.*,

    Defendants.

Case No. C17-0182RSL

MINUTE ORDER

    The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

    On June 19, 2017, defendant Joshua T. Kinne filed a motion to dismiss in the above-captioned matter. Dkt. # 43. Motions to dismiss must be noted for consideration on the fourth Friday after filing. LCR 7(d)(3). The Clerk of Court is therefore directed to note the "Motion to Dismiss or in the Alternate Motion for Summary Judgement" on the Court's calendar for Friday, July 14, 2017.

    DATED this 22nd day of July, 2017.

                                /s/ Kerry Simonds
                            Kerry Simonds, Deputy Clerk to
                            the Honorable Robert S. Lasnik, Judge

MINUTE ORDER - 1