Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DYLAN BOGERT, an individual;<br>BARBARA WHALEN, an individual;<br>NIK REVENKO, an individual;<br>JOSH KINNE, an individual;<br>MURAD BALUCH, an individual;<br>CLAUDIA FODOR, an individual;<br>PENNY JOHNSON, an individual;<br>PHILIP CHAPLIN; and individual; and<br>JOEY ORDAN, and individual,<br><br>Defendants. | Civil Action No. 17-cv-182RSL<br><br>DECLARATION OF DAVID A. LOWE IN SUPPORT OF ENTRY OF DEFAULT AGAINST JOEY ORDAN (DOE 17) |

I, David A. Lowe, declare as follows:

1. I am counsel for Plaintiff. I make this declaration in support of Plaintiff's motion for entry of default.

2. Service of process of the summons and Amended Complaint in this action was properly effected on May 24, 2017 and proof of service was filed with the Court. (Dkt. 33). No response was filed by Defendant within the time allowed by law, and Defendant has failed to answer, plead or otherwise defend.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED July 1, 2017.

s/David A. Lowe, WSBA No. 24,453

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

DECLARATION IN SUPPORT OF ENTRY OF DEFAULT
Civil Action No. 17-cv-182RSL

INIP-6-0074P22 DECENTRYDefault (Ordan)1