UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>DYLAN BOGERT, *et. al.,*<br><br>Defendants. | Case No. C-17-0182RSL<br><br>DEFENDANT CLAUDIA FODOR'S ANSWER<br><br>DEMAND FOR JURY |

COMES NOW, the defendant Claudia Fodor, and in answer to Plaintiff's *First Amended Complaint for Copyright Infringement*, hereby denies each and every allocation, unless specifically admitted, below.

## I.  INTRODUCTION

1. Paragraph 1 of Plaintiff's *First Amended Complaint for Damages* does not contain factual averments requiring a response.

## II.  JURISDICTION AND VENUE

2. Admitted.

3. Admitted.

4. Admitted that venue in this District is proper. Statements alleging that this Defendant, Claudia Fodor, violated Plaintiff's exclusive copyrights in any way are denied.

DEFENDANT CLAUDIA FODOR'S ANSWER - 1

GEHRKE, BAKER, DOULL & KELLY
22030 7TH AVE SOUTH SUITE 202
DES MOINES, WA 98198
206.878.4100
206.878.4101 FAX

### III.    PARTIES

#### A.    Plaintiff and its Copyright

5. Defendant is without knowledge or information sufficient to admit or deny Plaintiff's allegations contained in Paragraph 5 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

6. Defendant is without knowledge or information sufficient to admit or deny Plaintiff's allegations contained in Paragraph 6 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

7. Paragraph 7 contains legal conclusions which do not require a response. Defendant is without knowledge or information sufficient to admit or deny any remaining allegations contained in Paragraph 7 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

8. Defendant is without knowledge or information sufficient to admit or deny Plaintiff's allegations contained in Paragraph 8 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

9. Paragraph 9 contains legal conclusions which do not require a response. Defendant is without knowledge or information sufficient to admit or deny any remaining allegations contained in Paragraph 9 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

#### B. Defendants

10. Defendant is without knowledge or information sufficient to admit or deny Plaintiff's allegations contained in Paragraph 10 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

11. Defendant is without knowledge or information sufficient to admit or deny Plaintiff's allegations contained in Paragraph 11 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

DEFENDANT CLAUDIA FODOR'S ANSWER - 2

GEHRKE, BAKER, DOULL & KELLY
22030 7TH AVE SOUTH SUITE 202
DES MOINES, WA 98198
206.878.4100
206.878.4101 FAX

12.     Defendant is without knowledge or information sufficient to admit or deny Plaintiff's allegations contained in Paragraph 12 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

13.     Defendant is without knowledge or information sufficient to admit or deny Plaintiff's allegations contained in Paragraph 13 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

14.     Defendant is without knowledge or information sufficient to admit or deny Plaintiff's allegations contained in Paragraph 14 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

15.     Defendant is without knowledge or information sufficient to admit or deny Plaintiff's allegations contained in Paragraph 15 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

16.     Defendant is without knowledge or information sufficient to admit or deny Plaintiff's allegations contained in Paragraph 16 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

17-29.  Paragraphs 17-29 are allegations or assertions by Plaintiff related to which IP addresses allegedly belong to which named defendant in this case. Defendant is without knowledge or information sufficient to admit or deny Plaintiff's allegations as to all of these defendants. In particular, this Defendant, referenced in Paragraph 23, does not currently know her IP address.

## IV. PEER-TO-PEER NETWORKS AND THE BITTORRENT PROTOCOL

30.     Defendant is without knowledge or information sufficient to admit or deny Plaintiff's allegations contained in Paragraph 30 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

DEFENDANT CLAUDIA FODOR'S ANSWER - 3

GEHRKE, BAKER, DOULL & KELLY
22030 7TH AVE SOUTH SUITE 202
DES MOINES, WA 98198
206.878.4100
206.878.4101 FAX

31.     Defendant is without knowledge or information sufficient to admit or deny Plaintiff's allegations contained in Paragraph 31 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

32.     Defendant denies all allegations contained in paragraph 32.

### V.  COMPUTER FORENSIC IDENTIFICATION OF BITTORRENT INFRINGEMENT

33.     Defendant is without knowledge or information sufficient to admit or deny Plaintiff's allegations contained in Paragraph 33 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

34.     Defendant is without knowledge or information sufficient to admit or deny Plaintiff's allegations contained in Paragraph 34 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

35.     Defendant is without knowledge or information sufficient to admit or deny Plaintiff's allegations contained in Paragraph 35 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

### VI.     JOINDER

36.     Defendant is without knowledge or information sufficient to admit or deny Plaintiff's allegations contained in Paragraph 36 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

37.     Defendant is without knowledge or information sufficient to admit or deny Plaintiff's allegations contained in Paragraph 37 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

38.     Defendant is without knowledge or information sufficient to admit or deny Plaintiff's allegations contained in Paragraph 38 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

DEFENDANT CLAUDIA FODOR'S ANSWER - 4

GEHRKE, BAKER, DOULL & KELLY
22030 7TH AVE SOUTH SUITE 202
DES MOINES, WA 98198
206.878.4100
206.878.4101 FAX

39.     Defendant is without knowledge or information sufficient to admit or deny Plaintiff's allegations contained in Paragraph 39 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

40.     Defendant is without knowledge or information sufficient to admit or deny Plaintiff's allegations contained in Paragraph 40 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

41.     Defendant is without knowledge or information sufficient to admit or deny Plaintiff's allegations contained in Paragraph 41 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

42.     Defendant is without knowledge or information sufficient to admit or deny Plaintiff's allegations contained in Paragraph 42 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

## VII. CAUSE OF ACTION – COPYRIGHT INFRINGEMENT

43.     Paragraph 43 of Plaintiff's complaint does not required a response.

44.     Defendant is without knowledge or information sufficient to admit or deny Plaintiff's allegations contained in Paragraph 44 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

45.     Defendant is without knowledge or information sufficient to admit or deny Plaintiff's allegations contained in Paragraph 45 of Plaintiff's *First Amended Complaint for Copyright Infringement*.

46.     Defendant Claudia Fodor denies the statements and averments contained in Paragraph 46 of Plaintiff's *First Amended Complaint for Copyright Infringement*, as they purport to pertain to her, and not to other defendants.

47.     Defendant Claudia Fodor denies the statements and averments contained in Paragraph 47 of Plaintiff's *First Amended Complaint for Copyright Infringement*, as they purport to pertain to her, and not to other defendants.

DEFENDANT CLAUDIA FODOR'S ANSWER - 5

GEHRKE, BAKER, DOULL & KELLY
22030 7TH AVE SOUTH SUITE 202
DES MOINES, WA 98198
206.878.4100
206.878.4101 FAX

48.     Defendant Claudia Fodor denies the statements and averments contained in Paragraph 48 of Plaintiff's *First Amended Complaint for Copyright Infringement*, as they purport to pertain to her, and not to other defendants.

49.     Defendant Claudia Fodor denies the statements and averments contained in Paragraph 49 of Plaintiff's *First Amended Complaint for Copyright Infringement*, as they purport to pertain to her, and not to other defendants.

50.     Paragraph 50 of Plaintiff's *First Amended Complaint for Copyright Infringement*, is a request for relief, and does not require a response.

51.     Paragraph 51 of Plaintiff's *First Amended Complaint for Copyright Infringement*, is a request for relief, and does not require a response.

52.     Defendant Claudia Fodor denies the statements and averments contained in Paragraph 52 of Plaintiff's *First Amended Complaint for Copyright Infringement*, as they purport to pertain to her, and not to other defendants.

53.     Paragraph 51 of Plaintiff's *First Amended Complaint for Copyright Infringement*, is a request for relief, and does not require a response.

## VIII.   PRAYER FOR RELIEF

Defendant Claudia Fodor denies Plaintiff is entitled to damages from her, as sought in this paragraph.

GEHRKE, BAKER, DOULL & KELLY, PLLC

 /s/ Michael J. Kelly_____
Michael J. Kelly WSBA #31816
Attorney for Defendant Claudia Fodor

DEFENDANT CLAUDIA FODOR'S ANSWER - 6

GEHRKE, BAKER, DOULL & KELLY
22030 7TH AVE SOUTH SUITE 202
DES MOINES, WA 98198
206.878.4100
206.878.4101 FAX