Honorable Robert S. Lasnik

# UNITED STATE DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ME2 PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DYLAN BOGERT, an individual; <br> BARBARA WHALEN, an individual; <br> NIK REVENKO, an individual; <br> JOSH KINNE, an individual, <br> MURAD BALUCH, an individual, <br> CLAUDIA FODOR, an individual, <br> FAITH DYE, an individual, <br> PENNY JOHNSON, an individual, <br> NAJLA AL SHEBLAWI, an individual, <br> PHILIP CHAPLIN, an individual; <br> JOEY ORDAN, and individual; and <br> KELLY HONG, an individual, <br><br> Defendants. | Civil Action No. 17-cv-182RSL <br><br> **STIPULATED MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT PENNY JOHNSON AND (Proposed) ORDER** <br><br> **NOTE ON MOTION CALENDAR:** <br> **August 2, 2017** |

## MOTION

COMES NOW WESLEY S. JOHNSON and defendant PENNY JOHNSON and, based upon the stipulation of the parties, move the court to allow the withdrawal of WESLEY S. JOHNSON as the attorney of record for this defendant.

PENNY JOHNSON's address is 6812 Kansas Street, Vancouver WA 98664.

Telephone number: 360-261-3125. Email address: dumpqueen10@yahoo.com.

Page 1 –Motion to Withdraw as Attorney for Def. Penny Johnson

**WESLEY S. JOHNSON**
*Attorney at Law*
1146 14th Avenue
Longview WA 98632
(360) 577-8700 – Fax (360) 577-8702

IT IS SO STIPULATED.

Dated: 8/1/17                                        Dated: 7/25/17

_____              _____
WESLEY S. JOHNSON, WSB# 16930                PENNY JOHNSON
Attorney for Defendant Johnson               Defendant
Email: wsjo@pacifier.com                     Email: dumpqueen10@yahoo.com

## ORDER

BASED UPON THE STIPULATION ABOVE

IT IS HEREBY ORDERED that WESLEY S. JOHNSON is allowed to withdraw as attorney of record for PENNY JOHNSON in the above-entitled matter.

Dated this 4th day of Aug., 2017.

By: _____

Presented by:

_____              _____
WESLEY S. JOHNSON, WSB# 16930                PENNY JOHNSON
Attorney for Defendant Johnson               Defendant
Email: wsjo@pacifier.com                     Email: dumpqueen10@yahoo.com

Page 2 – Motion to Withdraw as Attorney for Def. Penny Johnson

**WESLEY S. JOHNSON**
*Attorney at Law*
1146 14th Avenue
Longview WA 98632
(360) 577-8700 – Fax (360) 577-8702