UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>DYLAN BOGERT, *et. al.*,<br><br>Defendants. | Case No. C-17-0182RSL<br><br>~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION TO VACATE ORDER OF DEFAULT AND STRIKE MOTION TO VACATE DEFAULT |

This matter comes before the Court on Plaintiff's and Defendant Claudia Fodor (Doe 9)'s Joint Stipulation to Vacate this Court's Order of Default against Ms. Fodor and to Strike Defendant Fodor's Motion to Set Aside/Vacate that Order. The Parties' Stipulated Motions are GRANTED.

1. The Order of Default entered against Defendant Fodor on July 17, 2017 (Document 67) is hereby VACATED.

2. Defendant Fodor's Motion to Set Aside/Vacate that Order (Document 70) is hereby STRICKEN.

DATED this 4th day of Aug., 2017.

_____
United States District Court Judge

~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION TO VACATE ORDER OF DEFAULT AND STRIKE MOTION TO VACATE DEFAULT - 1

GEHRKE, BAKER, DOULL & KELLY
22030 7TH AVE SOUTH SUITE 202
DES MOINES, WA 98198
206.878.4100
206.878.4101 FAX

Presented by:

GEHRKE, BAKER, DOULL & KELLY, PLLC


 /s/ Michael J. Kelly
Michael J. Kelly, WSBA #31816
mike@gehrkelawoffices.com
22030 7th Ave. S., #202
Des Moines, WA 981987
T: 206.878.4100
F: 206.878.4101
Attorneys for Defendant Claudia Fodor


LOWE GRAHAM JONES, PLLC

 /s/ David A. Lowe
David A. Lowe, WSBA #24453
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301
Attorneys for Plaintiff ME2 Productions, Inc.

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO VACATE ORDER OF DEFAULT AND STRIKE MOTION TO VACATE DEFAULT - 2

GEHRKE, BAKER, DOULL & KELLY
22030 7TH AVE SOUTH SUITE 202
DES MOINES, WA 98198
206.878.4100
206.878.4101 FAX